FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 28 2005

GREG...
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02292-RPM

BERNARD HAWKINS,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendant.

---

## ORDER

---

The Court having considered Plaintiff's Unopposed Motion to Stay Pending Ruling in Putative Class Action Lawsuit, filed December 22, 2005 (doc. 10), it is

ORDERED that this case is stayed until after a ruling on class certification in the matter of *Goldsworthy, et al. v. American Family Mutual Insurance Company, et al.*, No. 2004 CV 939, pending in the District Court, County of Boulder, State of Colorado. The scheduling conference set for January 4, 2006 is vacated.

DATED: December 29th, 2005

BY THE COURT:

*/s/ Richard P. Matsch*

Richard P. Matsch, Senior District Judge