IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Richard P. Matsch
Magistrate Judge Patricia A. Coan


Civil Action  No. 05-cv-02292-RPM-PAC

BERNARD HAWKINS,

Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,
a Wisconsin Corporation,

Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____


THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice

of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter and the Complaint filed therein

is hereby dismissed with prejudice as to all claims between Plaintiff Bernard Hawkins and Defendant

American Standard Insurance Company of Wisconsin, a Wisconsin Corporation, each party to pay

their own costs and attorney's fees in this matter.

DATED this 2nd  day of January, 2007.

BY THE COURT:

s/Richard P. Matsch

_____
United States District Court Judge